[No. 1698-2. Division Two. August 9, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW FAISON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 4814, Alan R. Hallowell, J., entered February 15, 1974. *Reversed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 3083-1. Division One. August 9, 1976.]

RUSCO FINANCIAL CORPORATION, *Appellant*, v. SECURITY TITLE INSURANCE COMPANY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 766213, Horton Smith, J., entered May 15, 1974. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen, J., and Howard, J. Pro Tem.

[No. 3542-1. Division One. August 9, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES WILLIAM ROCK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 67981, Janice Niemi, J., entered December 16, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3798-1. Division One. August 9, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. GEOFFREY O'NEIL SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 70661, Eugene G. Cushing, J. Pro Tem., entered May 5, 1975. *Reversed* by unpublished per curiam opinion.